**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6287**

———————

JOHN PATRICK MCSHEFFREY,

Plaintiff - Appellant,

versus

S. L. CRUMP, D Unit Manager, Cumberland Fed-
eral Correctional Institute; D. HUFFMAN, D2
Counselor, Cumberland Federal Correctional
Institute,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-98-
219-AMD)

———————

Submitted: November 5, 1998        Decided: November 19, 1998

———————

Before ERVIN, LUTTIG, and MOTZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

John Patrick McSheffrey, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John Patrick McSheffrey, a Maryland inmate, appeals the district court's orders denying relief on his <u>Bivens</u>[*] complaint under 28 U.S.C.A. § 1915A (West Supp. 1998) and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. <u>McSheffrey v. Crump</u>, No. CA-98-219-AMD (D. Md. Jan. 28 & Feb. 18, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] <u>Bivens v. Six Unknown Named Narcotic Agents</u>, 403 U.S. 388 (1971).

2